UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81331-BLOOM/Valle

ERIC ROGERS,

    Plaintiff,

v.

CHECKERS DRIVE-IN RESTAURANTS, INC.,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon a Notice of Settlement, ECF No. [10], reporting the case as having settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only;

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before **October 10, 2016**;

3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida this 9th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record